# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Lorenzo Lance Fox | )<br>)<br>)<br>)    Case No:   5:10-CR-212-1FL<br>)    USM No:   54622-056 |

Date of Original Judgment:       January 28, 2011   )

Date of Previous Amended Judgment: October 10, 2013   )   Debra Graves

*(Use Date of Last Amended Judgment if Any)*             *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ 84 _____ months **is reduced to** _____ 70 months _____

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated January 28, 2011 and October 10, 2013 shall remain in effect. **IT IS SO ORDERED.**

Order Date:    March 23, 2015

                                      *Judge's signature*

Effective Date:    November 1, 2015          Louise W. Flanagan, U.S. District Judge

           *(if different from order date)*                   *Printed name and title*