UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Lorenzo Lance Fox                          Docket No. 5:10-CR-212-1FL

**Petition for Action on Supervised Release**

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Lorenzo Lance Fox, who, upon an earlier plea of guilty to Distribution of More Than 50 Grams of Cocaine Base (Crack) and Aiding and Abetting, 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on January 28, 2011, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years. On October 10, 2013, pursuant to 28 U.S.C. § 2255, the defendant's sentence of imprisonment was reduced to 84 months. On March 23, 2015, pursuant to 18 U.S.C. § 3582(c)(2), the defendant's sentence of imprisonment was reduced to 70 months.

Lorenzo Lance Fox was released from custody on October 30, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant tested positive for marijuana on September 26, 2017, and the results were confirmed positive by Alere Laboratory on October 1, 2017. When confronted with the results, the defendant admitted to using marijuana on or about September 12, 2017, and he signed an admission of drug use report. The defendant received a verbal reprimand and was counseled for his actions. In response to his drug use, the defendant will participate in substance abuse treatment at Straight Walk Family Services in Rocky Mount, North Carolina, and he will undergo increased drug testing. As a sanction, we are recommending the defendant be required to participate in the DROPS Program, beginning at the second use level. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days; The defendant shall begin the DROPS Program in the second use level.

Except as herein modified, the judgment shall remain in full force and effect.

Lorenzo Lance Fox
Docket No. 5:10-CR-212-1FL
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ Taron N. Seburn
Taron N. Seburn
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2335
Executed On: October 27, 2017

**ORDER OF THE COURT**

Considered and ordered this 27th day of October, 2017, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge